PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
FOR THE

## District of South Carolina

UNITED STATES OF AMERICA

    v.

Jason Johnson

Crim. No. 3:07CR01165

On June 11, 2007, the above named was placed on probation for a period of one year. He has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

*John Marshall Bunch*

J. Marshall Bunch
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this **2nd** day of **October**, 20**07**.

*Joseph Anderson*

The Honorable Joseph F. Anderson, Jr.
Chief United States District Judge

(Form Revised in WP80 by D/SC-9/97)